UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ORAY P., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | CASE NO. C20-1424-MAT <br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

Plaintiff filed a complaint seeking review of a decision of the Commissioner of the Social Security Administration. (Dkt. 1)  The Court, on February 10, 2021, issued an Order advising the parties of the briefing schedule and directing plaintiff to file an Opening Brief no later than March 11, 2021. (Dkt. 16)   The Court did not receive either an Opening Brief or a motion to extend the filing deadline and, on March 12, 2021, issued an Order to Show Cause. (Dkt. 17)  The Court directed plaintiff to show cause, within fourteen days of the date of the Order, why the Court should not enter judgment dismissing this case for failure to comply with the scheduling order.

To date, the Court has not received any response to its Order to Show Cause or any other submission from plaintiff.  Accordingly, this case is DISMISSED without prejudice for failure to comply with a Court order and for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (allowing for involuntary dismissal for failure to prosecute or failure to comply with federal rules or a court order); *Link v. Wabash R.R.*, 370 U.S. 626, 629-30 (1962) (court may dismiss for failure to

ORDER DISMISSING CASE WITHOUT
PREJUDICE FOR FAILURE TO PROSECUTE
PAGE - 1

prosecute *sua sponte*); and LCR 11(c) (allowing for "sanctions as the court may deem appropriate[]" where a party fails, without just cause, to comply with an order of the court).

DATED this 2nd day of April, 2021.

Mary Alice Theiler
United States Magistrate Judge

ORDER DISMISSING CASE WITHOUT
PREJUDICE FOR FAILURE TO PROSECUTE
PAGE - 2